UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. D., et al.,<br><br>    Plaintiffs.<br><br>v.<br><br>SANTA ROSA CITY SCHOOLS,<br><br>    Defendant. | Case No. 18-cv-02775-JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on August 10, 2018, before this Court in the above-entitled case. Plaintiffs were not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiffs shall appear on **September 14, 2018, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiffs failure to prosecute, for failure to comply with the Court's Order of May 11, 2018, and for failure to appear through counsel at the case management conference on September 14, 2018. Parties, such as parents, who represent a minor, must appear through counsel. A case management conference is also scheduled for **September 14, 2018**, **at 2:00 p.m.**

IT IS SO ORDERED.

Dated: August 14, 2018

                                                JOSEPH C. SPERO
                                              Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. D., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SANTA ROSA CITY SCHOOLS,<br><br>    Defendant. | Case No. 18-cv-02775-JCS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 14, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

A. D.
475 Ward Road
Santa Rosa, CA 95407

Daniel Donahue
475 Ward Road
Santa Rosa, CA 95407

Maura Ryan Donahue
475 Ward Road
Santa Rosa, CA 95407

Dated: August 14, 2018

Susan Y. Soong
Clerk, United States District Court

By:_____
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO